

**U.S. Department of Justice**

United States Attorney' Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

John S. Crosby
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*john.crosby@usdoj.gov*

main: (973) 645-2700
direct: (973) 353-6023

May 11, 2026

<u>**Via ECF**</u>
Honorable Renée Marie Bumb, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

  Re: ***Baltazar Perez, et al. v. Noem, et al.,* No. 26-01615 (RMB)**
    **Extension Request on Consent**

Dear Chief Judge Bumb:

  This Office represents Defendants in the above-referenced immigration matter. We write with the consent of Plaintiffs' counsel, Kerry Hartington, to request a 45-day extension of time, until June 25, 2026, to respond to the complaint, ECF No. 1.

  We respectfully submit that good cause exists for this extension request. During this period, United States Citizenship and Immigration Services will endeavor to moot the action by adjudicating the relevant immigration applications.

  If this proposal is acceptable to the Court, we respectfully request that Your Honor so-order this letter and have the Clerk's Office file it on the docket. Thank you very much for your consideration of this request.

So ordered this <u>**15th**</u> day of <u>**May 2026**</u>

Respectfully submitted,

*[signature]*

**HON. RENÉE MARIE BUMB**
**CHIEF UNITED STATES DISTRICT JUDGE**

ROBERT FRAZER
United States Attorney

By: */s/ John S. Crosby*
  JOHN S. CROSBY
  Assistant United States Attorney
  *Attorneys for Defendants*

    cc: Counsel of record (via ECF)